1  **BURSOR & FISHER, P.A.**
2  L. Timothy Fisher (State Bar No. 191626)
   Daniel S. Guerra (State Bar No. 267559)
3  Joshua B. Glatt (State Bar No. 354064)
   1990 North California Blvd., 9th Floor
4  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
5  Facsimile: (925) 407-2700
   E-mail: ltfisher@bursor.com
6          dguerra@bursor.com
7          jglatt@bursor.com

8  *Attorneys for Plaintiffs*

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12 | JONATHAN KUENDIG, MICHELE HADLEY, AURELIO MORALES, and GLEN NESBITT, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-06606-EMC |
13 | | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
14 | | |
15 | Plaintiffs, | |
16 | v. | |
17 | | |
18 | GOOGLE LLC, | |
19 | Defendant. | |

20
21
22
23
24
25
26
27
28

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Jonathan Kuendig, Michele Hadley, Aurelio Morales, and Glen Nesbitt hereby dismiss, *without* prejudice, their claims against Defendant Google LLC.

Dated:  October 3, 2025    **BURSOR & FISHER, P.A**.

By:   /s/ *L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
           dguerra@bursor.com
           jglatt@bursor.com

*Attorneys for Plaintiffs*